# FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0554

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0554

THE ESTATE OF RICHARD MABEE,

      Plaintiff and Appellant,

    v.

WHEATLAND COUNTY,
WHEATLAND
COUNTY SHERIFF'S OFFICE,

      Defendants and Appellees.

**THIRD** ORDER
OF MEDIATOR APPOINTMENT

THOMAS ANTHONY MARRA , the mediator previously appointed in this matter, has been substituted via parties mutual agreement. Accordingly, Mr. Marra's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT**, GREGORY PINSKI,** whose name was mutually agreed upon by both parties of attorneys for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 16th day of October, 2024.

Bowen Greenwood, Clerk of the Supreme Court

c: Dan Flaherty
Patrick Flaherty
Mitchell Young
Greg Pinski
Thomas Marra